IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AARON EARL WOODS,** | Case No. 2:23-cv-03053-DMC-P |
| Plaintiff, | **ORDER** |
| v. | |
| **RUIZ,** | |
| Defendant. | |

This matter having come before the Court on Defendant's motion for an extension of time to file a response to Plaintiff's first amended complaint, ECF No. 14, and good cause appearing therefor based on counsel's declaration indicating the need for additional time to assess Plaintiff's claims and prepare a response, the motion will be GRANTED.

///

///

///

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendant's motion for an extension of time, ECF No. 14, is GRANTED.

2. Defendant's response to Plaintiff's first amended complaint is due by September 20, 2024.

Dated:  August 12, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE